### 8001. SMITH *v.* WRIGHT.

LUKE, J. The evidence in this case did not demand a verdict in favor of the claimant, and it was therefore error for the court to direct a verdict in her favor.

> *Judgment reversed. Wade, C. J., and George, J., concur.*
> DECIDED APRIL 25, 1917.

Levy and claim; from city court of Tifton—Judge Eve. November 6, 1917.

*A. S. Bussey,* for plaintiff. *J. A. Comer,* contra.